MARTIN SILLIX v. MRS. W. D. BAGBY *et al.*

APPELLATE JURISDICTION — *Case, Dismissed.* The amount in contro-
versy in the district court being less than $100, and the case not fall-
ing within any exception contained in ¶ 4642 of the General Statutes
of 1889, the case is dismissed, on the authority of *Richmond v. Brum-
mie,* 52 Kas. 247.

*Error from Franklin District Court.*

THE opinion states the case.

*Mechem & Smart,* for plaintiff in error.

*H. P. Welsh,* for defendant in error W. D. Bagby.

The opinion of the court was delivered by

ALLEN, J.: This action originated before a justice of the
peace, and was brought by Martin Sillix against Mrs. W. D.
Bagby, to recover the possession of certain personal property, of
the alleged value of $100. Judgment was rendered in favor of
the plaintiff for possession of the property, or the value of his
interest therein, amounting to $88.68. From this judgment,
W. D. Bagby appealed to the district court. On the trial, the
record recites that the plaintiff testified in his own behalf, and
gave evidence tending to show that there was still due upon
said indebtedness $88.68. The court rendered judgment in
favor of the plaintiff for the possession of the property, and
that the value of his possession was $7.50. The plaintiff
seeks to review this judgment.

It is apparent on the face of the record that less than $100
is involved in the controversy. This court, therefore, has no
jurisdiction, and the case must be dismissed. (*Richmond v.
Brummie,* 52 Kas. 247; *Mo. Pac. Rly. Co. v. Yawger,* 52 id.
691.)

All the Justices concurring.